No. 04–6697. BLAIR v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–6701. HARRISON v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–6702. HUMPHREY v. KIMBROOK MANOR APARTMENTS. Ct. App. N. Y. Certiorari denied.

No. 04–6703. HOWARD v. PERDUE, GOVERNOR OF GEORGIA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–6708. BANSAL v. LAMAR UNIVERSITY ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–6723. HOLLINGSWORTH v. JONES, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–6727. CAPPA v. BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 9th Cir. Certiorari denied.

No. 04–6733. LAMBERT v. MCBRIDE, SUPERINTENDENT, MAXIMUM CONTROL FACILITY. C. A. 7th Cir. Certiorari denied.

No. 04–6736. BOSCAINO v. YARBOROUGH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–6752. DURAN v. CASTRO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–6756. JONES v. ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 04–6777. LUCAS v. ADAMS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–6808. WESTON v. JACKSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–6840. ANDERSON v. OHIO. Ct. App. Ohio, Washington County. Certiorari denied.